# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**MARCUS E. ADAMS,**

              **Plaintiff(s)**

v.                      **CASE NO. 2:22cv24**

**THE CITY OF NORFOLK,** *et al.*,

              **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Plaintiff's Second Motion to Amend, ECF No. 10, is GRANTED, and this action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

DATED: November 30, 2023              FERNANDO GALINDO, Clerk

                                                  By     /s/
                                                  E. Price, Deputy Clerk