FILED: June 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6011
(2:22-cv-00024-EWH-RJK)

_____

MARCUS E. ADAMS

   Plaintiff - Appellant

v.

THE CITY OF NORFOLK; ROBERT FORD (ret), officially and individually; BRENT JOHNSON, officially and individually; PHIL EVANS, officially and individually; T. C. WILLIAMS, officially and individually

   Defendants - Appellees

_____

J U D G M E N T

_____

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

               /s/ NWAMAKA ANOWI, CLERK